FILED

JAN 28  11 55 AM '11

U.S. MAGISTRATE JUDGE
BY

1  7ANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6

7

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

10  UNITED STATES OF AMERICA            )
                                        )
11  vs                                  )
                                        )
12  CHATTEL KNOWN AS                    )      2:10-mj-922-LRL
    COMPAQ PRESARIO CQ60                )
13  LAPTOP COMPUTER WITH POWER CORD     )
    SERIAL #: 2CE01118Y5                )
14  _____)

15

16  **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

17

18          COMES NOW the United States of America, by and through Daniel G. Bogden, United

19  States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal

20  the Affidavit together with the Application, Return and the Court's Order for purposes of discovery

21  in the above-captioned matter.

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1    Unsealing is necessary to permit the Government to copy and distribute the above

2    referenced documents to the defense.

3

4    DATED this 26ᵗʰ day of January, 2011.

5

6    Respectfully submitted,

7    DANIEL G. BOGDEN
     United States Attorney

8

9

10   BRADLEY GILES
     Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FILED

JAN 28  11 55 AM '11

U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| CHATTEL KNOWN AS | ) | 2:10-mj-922-LRL |
| COMPAQ PRESARIO CQ60 | ) | |
| LAPTOP COMPUTER WITH POWER CORD | ) | |
| SERIAL #: 2CE01118Y5 | ) | |
| | ) | |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this 28th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE